UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE RUGGIERO, <br><br> *Plaintiff*, <br><br> v. <br><br> SPECIALIZED BICYCLE COMPONENTS, INC., <br><br> *Defendant*. | No. 2:25-cv-02053 <br><br> FIRST AMENDED COMPLAINT WITH JURY DEMAND |

## I. Parties.

1. Plaintiff Steve Ruggiero ("Ruggiero") was at all times relevant to this Complaint a resident of Washington state.

2. Defendant Specialized Bicycle Components, Inc. ("Specialized") is a Delaware Corporation with a principal place of business at 15130 Concord Circle, Morgan Hill, California.

## II. Jurisdiction And Venue.

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

4. Specialized conducts business in this state and judicial district and is a resident of this state and judicial district pursuant to 28 U.S.C. § 1391(d). This Court has personal jurisdiction over the parties and venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1).

FIRST AMENDED COMPLAINT - 1
*RUGGIERO V. SPECIALIZED*, 2:25-CV-02053 (W.D. WASH.)

ARD LAW GROUP

### III. FACTS.

**A. Ruggiero's Accident and the Fallout From It.**

5. Ruggiero was, prior to the incident complained of, a healthy, active, successful 65 year old professional.

6. Ruggiero specializes in brokering commercial real estate around Washington.

7. Ruggiero spent his spare time in an active outdoor lifestyle: volunteering with groups that develop mountain biking facilities, biking and skiing, and coaching youth sports.

8. Ruggiero was an outstanding mountain biker and skier, with decades of riding experience on the most challenging trails.

9. On or about November 2022, Ruggiero purchased a Specialized Turbo Levo SF 2023.

10. Ruggiero's purchase of the Specialized was due to its reputation for quality and reliability, as well as that the Turbo Levo was reputed to be among the best electric mountain bikes for hard and complex trail riding.

11. In June 2025, Ruggiero travelled with companions to Oakridge, Oregon, for a week of mountain biking.

12. Oakridge is a premier mountain biking trail system, but well within the skills and abilities of an experienced rider such as Ruggiero.

13. This was the twelfth time Ruggiero had taken a multi-day mountain biking excursion to Oakridge.

14. He was very familiar with the entire trail system at Oakridge, and was fully qualified to ride the trails at Oakridge.

15. Prior to departing for Oakridge, Ruggiero had his bike serviced by a certified Specialized dealer, to ensure that the bike was in perfect operating condition for the challenging trails at Oakridge.

16. On Wednesday, June 25, 2025, while riding Alpine Trail at Oakridge, disaster struck.

17. Ruggiero had come down a steep hill in Eco mode, then decelerated to traverse a long flat section of loose shale which kept the overall speed down. He was riding on an



|  |  |  |
|---|---|---|
| 1 |  | approximately 4 degree downslope laterally, moving at under 10 mph on a trail about three |
| 2 |  | feet wide. |
| 3 | 18. | Once beyond the loose shale, the rear wheel hit the perfect loam that Oakridge is famous |
| 4 |  | for. |
| 5 | 19. | Almost immediately, the rear wheel spun out, due to the manufacturing flaw Specialized |
| 6 |  | had incorporated into the bike. |
| 7 | 20. | The rear wheel swung hard to the right, driving Ruggiero into the 45 degree slope to his |
| 8 |  | left. |
| 9 | 21. | Luckily for Ruggiero, the brutal run out pushed him left, because the down slope to the |
| 10 |  | right was also a 45 degree slope, with a long, exposed fall line. |
| 11 | 22. | Instead, he was slammed into the steep wall to his left. |
| 12 | 23. | Ruggiero knew instantly that he was badly hurt, hearing the crack of ribs as the Specialized |
| 13 |  | drive him into a wall in its sudden acceleration. |
| 14 | 24. | Ruggiero had been riding his Turbo Levo at a pedestrian gait on nearly level ground, and |
| 15 |  | the next thing he knew he had been tomahawked into the side of the hill hard enough to |
| 16 |  | break his ribs (as he later learned). |
| 17 | 25. | When he opened his eyes and looked back, he saw the Turbo Levo on its side with a long |
| 18 |  | "J" shaped rut spun into the dirt where the rear wheel had suddenly accelerated and spun |
| 19 |  | while driving him into the hillside. |
| 20 | 26. | Ruggiero's crash occurred nearly five miles from the bottom of the trail, and nine miles |
| 21 |  | downhill from the start. |
| 22 | 27. | His only option was to traverse and descend five full miles downhill on the trail. |
| 23 | 28. | Ruggiero managed to stand and re-mount his Specialized. |
| 24 | 29. | Ruggiero started back down the hill, as slowly as possible. |
| 25 | 30. | Of course, on a trail like Alpine, no matter how slowly Ruggiero could ride, he was |
| 26 |  | constantly pummeled by the rough ground. |
| 27 | 31. | With seven broken ribs, Ruggiero's downhill progress was agony. |

FIRST AMENDED COMPLAINT - 3

*RUGGIERO V. SPECIALIZED*, 2:25-CV-02053 (W.D. WASH.)



32. Nonetheless, despite the risk that another crash could kill him, riding hurt less than walking, and Ruggiero had no idea if he could survive walking five miles downhill.
33. Ruggiero stopped riding, taking a break for the final day of the group trip.
34. He hoped that he was merely badly bruised, and with little to no activity on Thursday, he began to feel better.
35. Friday morning, Ruggiero awoke in pain.
36. Far from home, Ruggiero asked his travelling companions to take him home.
37. On the way home, Ruggiero had his companions take him to Indigo Urgent Care in Poulsbo for X-rays.
38. Indigo's evening shift doctor reported that he could not see broken bones, and Ruggiero's companions took him home.
39. They arrived at his Bainbridge Island home late Friday evening.
40. Ruggiero went to bed.
41. He awoke at 1:30 am in such excruciating pain that he could not consider even attempting to get out of bed.
42. Given that Indigo had reported that Ruggiero had no broken ribs, Ruggiero assumed he had seriously damaged a vital internal organ.
43. He asked his wife to call 911.
44. The paramedics managed to assist him upright, at which point he could hobble to the ambulance.
45. The thirty minute ride to the hospital was pure agony.
46. St. Michael's Hospital in Silverdale confirmed that, indeed, the crash caused by Specialized had broken Ruggiero's left ribs 4-10.
47. Ruggiero's CT Scan confirmed that, luckily, he had no punctured internal organs.
48. Nonetheless, Ruggiero was confined to a hospital bed for three days under pain management (opioids) and for observation.
49. After three days in the hospital, Ruggiero was released to go home.

First Amended Complaint - 4

Ruggiero v. Specialized, 2:25-cv-02053 (W.D. Wash.)



50. For the next three months, Ruggiero could not sleep in his own bed.
51. He could not lie down or roll over, and had to attempt to sleep partially upright in an arm chair.
52. After a lifetime of active, outdoor lifestyle, Ruggiero was left unable to bike, hike, or exercise at all.
53. Many days, Ruggiero was unable to go to the office.
54. After slowly healing, Ruggiero has only just begun to be able to engage in any kind of physical activity.
55. He has finally managed to take short slow rides on relatively flat, smooth trails, but his riding ability is nowhere near the level of vigorous exercise he enjoyed at the start of summer and for years prior.
56. Ruggiero has no idea if he will ever be able to return to his former level of activity.
57. He has spent his winters skiing, particularly from his second home in Greenwater, Washington, on the slopes of Crystal Mountain and amidst spectacular Cascade skiing and Mount Rainier National Park.
58. Ruggiero has no idea whether he will be able to ski at all in the future, much less whether he can enjoy the level of activity he has engaged in for years.
59. Of course, all people have a decline in activity level as they age, but an accident such as this caused by Specialized, to an otherwise healthy and active 65 year old, can result in a drastic decline in physical ability and activity, with long term repercussions on physical and mental health.
60. Ruggiero as a result has no idea whether he will ever be able to return to Oakridge.
61. Worse yet, Ruggiero may never return to his local volunteer activities such as trail maintenance at local mountain bike facilities in Kitsap County.
62. For years, Ruggiero has labored to swing axes, push shovels, load wheelbarrows, and otherwise engage in the hard manual labor required to preserve and promote mountain

biking—the sport Specialized profits from by its sales of the Turbo Levo that nearly killed Ruggiero.

63. Ruggiero not only faces the prospect of the sudden loss of his lifelong physical activity level, summer and winter, but the accompanying prospect of mental decline.

64. Age-related mental decline is closely associated with decline in physical activity, and Ruggiero fears that his ongoing inability to resume his former active lifestyle will have deleterious affect on his mental abilities.

**B. The Hidden Turbo Levo Overrun Design Flaw Was Known To Specialized.**

65. On information and belief, a reasonable opportunity for discovery will reveal that Specialized knew of the design flaw in its Turbo Levo motors that nearly killed Ruggiero.

66. Ruggiero's accident resulted from overrun in his Specialized Turbo Levo.

67. Overrun is the name given to a scenario where an electric bike suddenly accelerates far beyond the level called for by the rider's input.

68. This can include the rear (drive) wheel suddenly receiving full or near full power from the motor, without any input from the rider.

69. Many online forums focused on mountain bikes generally and Specialized electric mountain bikes specifically, include posts discussing this phenomenon.

70. A cursory internet search using Google shows discussions dating back to 2017, but continuing more recently, such as in 2023 and up to 2025.

71. Exhibit A, attached hereto, shows the discussion from a 2017 thread posted at https://singletrackworld.com/forum/bike-forum/specialized-levo-turbo-issues/.

72. In that thread, user daveatextremistsdotcouk stated "Yes. The bike has had a new motor, new battery, and two new wiring/ sensor systems. Bike works until the lights show 4 out of 10 and it starts cutting out even on the flat. It also cuts out on very steep climbs even with a full charge. Having 50lb of bike then trying to drag you back down the hill is not a good experience. ***Then there's the odd experience of random three second bursts of acceleration without pedalling. Strange indeed.***" (Emphasis added.)

First Amended Complaint - 6

Ruggiero v. Specialized, 2:25-cv-02053 (W.D. Wash.)



73. User bennyb replied "*I've have / had an issue of the motor oddly lurching forward after it's been pedalled (like you mentioned for roughly 3 sec)* and then on my last outing it just wouldn't work. Battery fully charged etc. At the shop it wouldn't recognize there main computer for analysis, so *there [sic] sending it to Spesh*. God knows, as it previously showed no signs of any faults. Hopefully it'll get sorted soon :/" (Emphasis added.)

74. daveatextremistsdotcouk replied, "The shop (and the local rep who happened to be there at the time) were trying to believe I was the only rider in the UK to have these issues. Now I hear a local rider has had a new motor fitted to his, makes me think mine's not just a Friday bike."

75. User toons chimed in, "If you have a look on the internet; there are quite a few people having motor issues. I've experienced the lurching twice; I've had my Levo for almost a year."

76. This UK based thread suggests that Specialized was informed of the overrun (lurching) issue as early as 2017, when owners took bikes in to shops, which could not identify, diagnose, or solve the problem and sent the bikes to Specialized.

77. A 2023 Facebook thread shows that Specialized continued to sell Turbo Levo bikes with the latent, undisclosed overrun flaw.

78. Exhibit B contains the thread found at:
https://www.facebook.com/groups/sebikes/posts/gen-3-levo-anybody-had-an-issue-with-extended-overrun-overrun-is-usually-less-th/3588824644708233/.

79. It opened on July 19, 2023 when user Anthony Ryman posted to the group "Specialized Turbo Levo & Kenevo" the following question:

80. "Gen 3 Levo, anybody had an issue with extended overrun? Overrun is usually less than a second, last ride I had a moment of approx 5 seconds of continued overrun. Sure it was fun but I'm worried this may be the start of something less fun. Anybody had similar experience / ideas on cause? PFA"



81. User Sean Reath responded: "I'm reading these posts on here about the overrun & can say with near certainty that it has nothing to do with your shuttle setting, or any other setting in Mission Control. Mine started doing it months ago & it got progressively worse. Longer & longer overrun until I was practically ripping full moto style up hills It was sick, but obviously malfunctioning. Motor also got louder & louder. Really intermittent though, & not related to motor heat (or ambient temp). For all these reasons combined, ***Spec warrantied my motor 2 weeks ago***. Gen 3 S-Works, original owner purchased 18 mos ago. I freaking lovvveeeee this bike that's for sure! Glad they took care of me as expected". (Emphasis added.)

82. User Carl Conium chimed in: "My friend had this happen on his Kenevo. It made him loop out as he was going up a steep climb. ***New motor under warranty instantly replaced no questions as it is a safety issue***." (Emphasis added.)

83. Ron Bardsley agreed: "It's a very common issue. It can go away. Or get worse. Or stay the same. ***Spesh will replace the motor … obviously it can be very dangerous near cliffs etc.*** I've had it on all my levos at some stage." (Emphasis added.)

84. That same year, other users commented on the same issue at https://www.emtbforums.com/threads/levo-motor-lurching-overrun-and-cutting-out.35023/, attached as Exhibit C.

85. Forum member "Rocketship" opened the thread on July 18, 2023: "Had my bike for 3 months and it's been riding so well. Power delivery in all modes very smooth and matching rider input. Just so good!! This evenings ride was a completely different story. The motor kept feeling like it was randomly cutting out. ***Then on other occasions it would surge in power like it was taking me for a ride with hardly any input.***" (Emphasis added.)

86. The following day he added: "I would describe is like the motor is randomly cutting out and it also has uncontrolled overrun. It's like the torque sensor has failed and you feel this uncontrolled, random power surge. ***If it were a car it would be as if the accelerator had got stuck down full throttle, yet I had barely touched it.***" (Emphasis added.)

87. User ebikerider recommended: "Just mention the over run to the shop and its erratic behaviour. They'll replace the motor. Not sure how common the issue is but it's not an uncommon issue getting a motor replaced on these."

88. Rocketship replied: "will do. It's dangerous!"

89. User steve_sordy commented: "Yep! Imagine pausing at the top of a big drop to see if you fancy having a go and it suddenly delivers power........and takes the decision out of your hands!! Yikes!"

90. Motoxfreak affirmed: "It's your motor. Mine was just replaced even though it did not throw a code. I had to video the bike accelerating without me pedaling. After that there were no questions asked."

91. But, he noted, "Specialized said for me to turn down my shuttle and my turbo. Thought that was ridiculous but did it anyway. And of course it did not help. At times I could get on and do one pedal and it would take off like a motorcycle up to 20mph without me pedaling. ***Super dangerous***" (Emphasis added.)

92. Threads commenting on this known problem, and Specialized's knowledge of it, continue almost to this day.

93. At https://www.emtbforums.com/threads/turbo-levo-gen3-inconsistent-power.39362/, attached as Exhibit D, a comment as recently as August 5, 2025 discussed Specialized's attempts to diagnose the dangerous overrun problem.

94. User jeffintheusa opened the thread on July 15, 2024, commenting in part that "I have also noticed that on a very rare occasion the 'overrun' of the motor is longer than usual and it can be quite scary."

95. James_c responded: "Yes, motor was failing, sprag clutch failure to be more precise. Something to do with the torque sensor not registering the speed or something. Have a look at "ebike motor centre" videos on youtube, and their website. Lots of explanations about what to check for."



96. On August 5, 2025, jeffintheusa copied and pasted in notes he had sent directly to a Specialized mechanic: "Problem 2 Excessive overrun. 1-2 times per ride of ~2 hours the motor 'overrun' continues for as much as 2 seconds instead of the usual ~0.5 second when I stop pedalling. *Depending on the situation it can be quite scary.* When this happens there is a sensation I feel in the pedals like something is stuck/jammed and when whatever is jammed releases the overrun stops." (Emphasis added.)

97. His next post the same day stated: "Specialized rep responded with … The belt wear can also cause overrun or a clutch that is starting to wear out can cause that too, it doesn't release as quickly as it should any more."

98. The foregoing samples of Specialized Turbo Levo users' posts about the overrun issue demonstrates that Specialized knew of the design flaw and risk to riders such as Ruggiero.

99. Either Specialized's manufacture of the Turbo Levo incorporated a defective design or the specific Turbo Levo which Ruggiero purchased was defectively manufactured.

100. The sheer number of users who experienced the dangerous overrun issue strongly suggests that the bike was defectively designed.

101. However, it is also possible that a significant number of Specialized Turbo Levo bikes were defectively manufactured, and Ruggiero had the ill luck to purchase a defectively manufactured model.

102. The Specialized Turbo Levo was not reasonably safe as designed, particularly for its intended purpose as an off-road, trail-focused downhill mountain bike.

103. Further, while Specialized did not provide any specific warning of the likelihood, nature, and unusually high risk resulting from overrun, such a warning would only be adequate in light of the risk posed of the warning essentially told prospective purchasers not to buy the bike.

### IV.  Cause of Action.

**A.  First Cause Of Action: Oregon Product Liability.**

104. Ruggiero incorporates the foregoing allegations by reference.

105. Ruggiero's first cause of action arises under the Oregon Products Liability Act, ORS 30.900.

106. Specialized is liable to Ruggiero because the Specialized Turbo Levo was not reasonably safe as designed. At the time of manufacture, the likelihood that the Specialized Turbo Levo would cause Ruggiero's harm or similar harms, and the seriousness of those harms, outweighed the burden on Specialized to design a product that would have prevented those harms.

107. In its conduct described above, Specialized showed a reckless and outrageous indifference to a highly unreasonable risk of harm and has acted with a conscious indifference to the health, safety and welfare of others.

**B. Second Cause Of Action: Strict Liability Under California Law.**

108. Ruggiero incorporates the foregoing allegations by reference.

109. Rugiero's Specialized Turbo Levo either had a manufacturing flaw or incorporated a defect in design by Specialized that resulted in Ruggiero's injuries.

**C. Third Cause Of Action: California Product Liability.**

110. Ruggiero incorporates the foregoing allegations by reference.

111. Specialized placed the Turbo Levo bicycle on the market in conscious disregard of the safety of consumers and others.

## V. Jury Demand.

112. Ruggiero demands a jury.

## VI. Request For Relief.

Ruggiero prays for judgment against Specialized as follows:

1. Awarding general and special damages in the amounts to be proven at trial;
2. Award punitive damages in an amount to be shown at trial;
3. Awarding reasonable costs and attorneys' fees;
4. Awarding any and all applicable interest on the judgment; and
5. Awarding such other and further relief as the Court deems just and proper.

First Amended Complaint - 11
Ruggiero v. Specialized, 2:25-cv-02053 (W.D. Wash.)

October 21, 2025.

                                                    ARD LAW GROUP PLLC

By: /s/ Joel B. Ard

Joel B. Ard, WSBA # 40104
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys for Plaintiff Steven Ruggiero