UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN RUGGIERO,<br><br>        Plaintiff,<br><br>   v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>        Defendant. | Case No. 2:25-cv-02053-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

      THIS MATTER came before the Court upon the Stipulated Motion for Extension of Time for Defendant Specialized Bicycle Components, Inc. to File a Responsive Pleading to Plaintiff's First Amended Complaint. The Court, having reviewed the files and records herein, deeming itself advised in the matter, it is now therefore,

      ORDERED, ADJUDGED and DECREED that the Stipulated Motion is GRANTED. The deadline for Defendant's responsive pleading is hereby extended 21 days to November 18, 2025.

      IT IS SO ORDERED.

      DATED this 27th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE