UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN RUGGIERO,<br><br>          Plaintiff,<br><br>   v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>          Defendant. | No. 2:25-cv-02053-RSM<br><br>ORDER EXTENDING DEADLINE FOR OPPOSITION AND REPLY TO MOTION TO STRIKE |

    Pursuant to the Parties' stipulation, the Court hereby **ORDERS** the following deadlines for briefing on the Motion to Strike of Defendant Specialized Bicycle Components, Inc. :

    _ Plaintiff's Opposition shall be due December 10, 2025; and

    _ The Motion shall be re-noted to, and Defendant's Reply shall be due, December 16, 2025.

IT IS SO ORDERED.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE