Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

STEVEN RUGGIERO,

  Plaintiff,

  v.

SPECIALIZED BICYCLE COMPONENTS, INC.,

  Defendant.

No. 2:25-cv-02053-RSM

[PROPOSED] ORDER

This matter came before the Court on the Motion of Plaintiff Steven Ruggiero to enforce a settlement agreement. The Court considered the Motion, Declaration in support and its Exhibits, any Opposition, and the Reply. The Court being fully informed, the Motion is hereby **GRANTED**.

Judgment is hereby entered against Defendant Specialized Bicycle Components, Inc., and in favor of Plaintiff Steven Riuggiero in the amount of $175,000. Plaintiff Ruggiero is further awarded his reasonable attorneys' fees incurred in bringing the Motion, and is hereby directed to file a motion detailing those fees within seven days of this Order. This matter is hereby dismissed with prejudice, with this Court retaining jurisdiction to enforce this Order and any subsequent Order finalizing the amount of attorneys' fees.

**IT IS SO ORDERED.**

_____

Hon. Ricardo S. Martinez

///

[PROPOSED] ORDER - 1

*RUGGIERO V. SPECIALIZED*, 2:25-CV-02053-RSM (W.D. WASH.)

ARD LAW GROUP

Presented this May 5, 2026 by:

ARD LAW GROUP PLLC

By:  _____

Joel B. Ard, WSBA # 40104
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys for Plaintiff Steve Ruggiero

[PROPOSED] ORDER

*RUGGIERO V. SPECIALIZED*, 2:25-CV-02053-RSM (W.D. WASH.)

