Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

STEVEN RUGGIERO,

   *Plaintiff*,

  v.

SPECIALIZED BICYCLE COMPONENTS, INC.,

   *Defendant*.

No. 2:25-cv-02053-RSM

DECLARATION OF JOEL ARD IN SUPPORT OF REPLY ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

I, Joel Ard, declare as follows:

1.  I am counsel to the Plaintiff in this matter.

2.  I enter this declaration in support of Plaintiff's Motion to Enforce Settlement Agreement.

3.  I am over the age of 18, have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4.  Attached hereto as Exhibit A is a true and correct copy of the redline of the proposed settlement and release I attached to an email to Specialized's counsel sent on May 11.

5.  Defendant Specialized Bicycle Components, Inc. has never responded to that email.

///

///

///

///

///

ARD REPLY DEC. ISO MOTION TO ENFORCE - 1

*RUGGIERO V. SPECIALIZED*, 2:25-CV-02053-RSM (W.D. WASH.)



I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct.

May 26, 2026.

ARD LAW GROUP PLLC

By: _____

Joel B. Ard, WSBA # 40104
P.O. Box 281
Kingston, WA 98346
206.701.9243
Joel@Ard.law
Attorneys for Plaintiff Steve Ruggiero